IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN JONES**  **PLAINTIFF**
ADC #179648

v.  Case No. 4:22-cv-00102-KGB

**SUSAN POTTS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 31). Plaintiff Stephen Jones has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects (*Id.*). The Court grants defendants Drew County Sheriff Mark Gober and Detention Center Administrators Susan Potts and Barbra Parnell's motion for summary judgment (Dkt. No. 27). Mr. Jones's claims are dismissed without prejudice for failure to exhaust his administrative remedies (Dkt. No. 5).

It is so ordered this the 30th day of August, 2022.

Kristine G. Baker
United States District Judge