## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**STEPHEN JONES**                                                                 **PLAINTIFF**
**ADC #179648**

**v.**                              **Case No. 4:22-cv-00102-KGB**

**SUSAN POTTS,** *et al*.                                                **DEFENDANTS**

### <u>JUDGMENT</u>

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Stephen Jones's amended complaint is dismissed without prejudice (Dkt. No. 5).  The Court denies the requested relief.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 30th day of August, 2022.

_____
Kristine G. Baker
United States District Judge